UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT - 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

WARREN C. HESTER II  43604  )
M.O.C.C.                     )
One Mountainside Way         )
Mount Olive, W.Va. 25185     )
(Enter your full name, prison number
and address)

Case: 1:07-cv-01785
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 10/3/2007
Description: Pro Se General Civil

v.

CHARLES DICKERSON           )   THE PLAINTIFF (WARREN C. HESTER II) IS SUING THE DEFENDANT
500 Indiana Avenue, N.W.    )   (CHARLES DICKERSON) IN HIS OFFICIAL CAPACITY, AS WELL AS
Washington, D.C.  20001     )   IN THE DEFENDANTS INDIVIDUAL/PERSONAL (UNOFFICIAL)
                            )   CAPACITY.
                            )
(Enter the full name and address(es),
if know, of the defendant(s) in this
action)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

Instructions for filing a Complaint by a Prisoner
Under the Civil Rights Act, 42 U.S.C. § 1983

This packet contains one copy of a complaint form and one copy of an application to proceed *in forma pauperis*. To start an action, you must file an original and one copy of this complaint form.

Your complaint must be clearly handwritten or typewritten and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space to answer a question, you may use another blank page.

Your complaint can be brought in this Court only if one or more of the named defendants is located within the District of Columbia. Further, you must file a separate for each claim that you have unless they are related to the same incident or problem. The law requires that you state only facts in your complaint.

You must supply a certified copy of your prison trust account, pursuant to the provisions of 28 U.S.C. §1915, effective April 26, 1996. The filing fee is $350.00. If insufficient funds exist in your prison account at the time of filing your complaint, the court must access, and when funds exist, collect an initial filing fee equal to 20 percent of the greater of:

(1) the average monthly deposits to your prison account, or
(2) the average monthly balance of your prison account for the prior six-month period.

1

Thereafter, you are required to make monthly payments of 20% of the preceding month's income. The agency having custody over you must forward payments from your account to the clerk of the court each time the amount in the account exceeds $10.00 until the filing fees are paid.

Therefore, before an assessment can be made regarding your ability to pay, you <u>must</u> submit a certified copy of your prison account for the prior six-month period.

When this form is completed, mail it and the copy to the Clerk of the United States District Court for the District of Columbia, 333 Constitution Ave., N.W., Washington, D.C. 20001.

I. **SUCCESSIVE CLAIMS**

    Pursuant to the Prison Litigation Reform Act of 1995, unless a prisoner claims to be in "imminent danger of serious physical injury," he or she may not file a civil action or pursue a civil appeal *in forma pauperis* "if the prisoner has, on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or they failed to state a claim upon which relief could be granted."

II. **PREVIOUS LAWSUITS**

    A.    Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?    Yes (✓)    No ( )

    B.    Have you begun other lawsuits in state or federal court relating to your imprisonment?
    Yes ( )    No (✓)

    C.    If your answers to A or B is Yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.    Parties to this previous lawsuit.

           Plaintiffs: <u>WARREN C. HESTER II</u>

           Defendants: <u>THE STATE OF WEST VIRGINIA, JOHN HUTCHISON, AND KRISTEN L. KELLER</u>

        2.    Court (If federal court, please name the district; if state court name the county.)
           <u>4TH DISTRICT, SOUTHERN DISTRICT OF WEST VIRGINIA</u>

        3.    Docket number: <u>5:07-CV-00401</u>

        4.    Name of judge to whom case was assigned: <u>MARY E. STANLEY</u>

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) THE CASE IS STILL PENDING.

6. Approximate date of filing lawsuit: JUNE 28, 2007

7. Approximate date of disposition: THE CASE IS STILL PENDING.

III. **PLACE OF CONFINEMENT**

MOUNT OLIVE CORRECTIONAL COMPLEX

A. Is there a prisoner grievance procedure in this institution? Yes (✓)   No ( )
If your answer is Yes, go to Question III B. If your answer is No, skip Questions III, B, C and D and go to Question III E.

B. Did you present the facts relating to your complaint in the prisoner grievance procedure?
Yes ( )   No (✓)

C. If your answer is Yes to Question III B:

1. To whom and when did you complain? _____

2. Did you complain in writing? (Furnish copy of the complaint you made, if you have one.)   Yes ( )   No ( )

3. What, if any, response did you receive? (Furnish copy of response, if in writing.) _____

4. What happened as a result of your complaint? _____

D. If your answer is No to Question III B, explain why not. THIS IS NOT A INSTITUTIONAL MATTER.

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?   Yes ( )   No (✓)

F. If your answer is Yes to Question III E;

1. To whom and when did you complain? _____

2. Did you complain in writing? (Furnish copy of the complaint you made, if you have one.)   Yes ( )   No ( )

3. What, if any response did you receive? (Furnish copy of response, if in writing.)

4. What happened as a result of your complaint? _____

IV. **PARTIES**

In item A below, place your name and prison number in the first blank and your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of Plaintiff: <u>WARREN C. HESTER II D.O.C. #43604</u>
   Address: <u>ONE MOUNTAINSIDE WAY, MOUNT OLIVE, WEST VIRGINIA 25185</u>

In item B below, place the full name of the defendant(s) in the first blank, their official position in the second blank, their place of employment in the third blank, and their address in the fourth blank. Do the same for additional defendants, if any.

B. Defendant: <u>CHARLES DICKERSON</u>
   <u>BRANCH CHIEF, JUVENILE/NEGLECT</u>
   Address: <u>SUPERIOR COURT OF THE DISTRICT OF COLUMBIA, FAMILY COURT</u>
   <u>500 INDIANA AVENUE, N.W., JOHN MARSHALL LEVEL, EAST WING,</u> JM 520
   WASHINTON, D.C. 20001
   Defendant: _____

   Address: _____

   Defendant: _____

   Address: _____

   Defendant: _____

   Address: _____

V. **STATEMENT OF CLAIM**

State here briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include the names of other persons involved, dates, and places. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra sheets, if necessary.

(1) CHARLES DICKERSON IS A ACCESSARY TO THE OPENING OF MY DISTRICT OF COLUMBIA JUVENILE COURT RECORD, TO THE PUBLIC FOR EXPOSURE, WHICH IS AGAINST THE DISTRICT OF COLUMBIA AND WEST VIRGINIA LAW, AND AGAINST MY UNITED STATES CONSTITUTIONAL RIGHTS. CHARLES DICKERSON RELEASED MY DISTRICT OF COLUMBIA JUVENILE COURT RECORD TO KRISTEN L. KELLER, A WEST VIRGINIA STATE OFFICIAL ON DECEMBER 2, 2005, WHO IN TURNED OPENED MY JUVENILE COURT RECORD TO THE PUBLIC FOR EXPOSURE. CHARLES DICKERSON KNEW PRIOR TO PROVIDING MY DISTRICT OF COLUMBIA JUVENILE COURT RECORD TO KRISTEN L. KELLER, THAT HER INTENTIONS WERE TO OPEN MY DISTRICT OF COLUMBIA JUVENILE COURT RECORD TO THE PUBLIC FOR VIEW AND EXPOSURE.

(2) SEE SECOND COMPLAINT ON ATTACHED PAGE.

## VI. RELIEF

State briefly exactly what you want the Court to do for you.

(1) IN CHARLES DICKERSON'S OFFICIAL CAPACITY, AS INJUNCTIVE RELIEF, I WOULD LIKE THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA TO ORDER CHARLES DICKERSON AND THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA FAMILY COURT TO RECOVER MY JUVENILE COURT RECORD FROM THE STATE OF WEST VIRGINIA, SEAL IT FROM THE STATE OF WEST VIRGINIA AND THE PUBLIC, SO IT WILL NO LONGER BE OPEN TO THE STATE OF WEST NOR THE PUBLIC FOR VIEW AND EXPOSURE.

(2) IN CHARLES DICKERSON'S INDIVIDUAL/PERSONAL(UNOFFICIAL) CAPACITY, I WOULD LIKE THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA TO ORDER CHARLES DICKERSON TO PAY WARREN C. HESTER II 2.5 MILLION DOLLARS FOR THE PAIN AND SUFFERING RESULTING FROM THE VIOLATIONS OF MY UNITED STATES CONSTITUTIONAL RIGHTS, COMMITTED BY CHARLES DICKERSON

Signed this 24 day of September, 2007.

_Warren C. Hester II_
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

9-24-07
(Date)

_Warren C. Hester II_
(Signature of Plaintiff)

## SECOND COMPLAINT

(2) CHARLES DICKERSON ILLEGALLY RELEASED MY (WARREN C. HESTER) DISTRICT OF COLUMBIA JUVENILE COURT RECORD TO KRISTEN L. KELLER, A WEST VIRGINIA STATE OFFICIAL, WITHOUT THE THE AUTHORIZATION/PERMISSION OF THE PRESIDING JUDGE OF THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA FAMILY COURT DIVISION. UNDER THE DISTRICT OF COLUMBIA LAW, IT IS REQUIRED TO HAVE THE PRESIDING JUDGE OF THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA FAMILY COURT TO APPROVE THE RELEASE OF A DISTRICT OF COLUMBIA JUVENILE COURT RECORD TO A AGENCY OUTSIDE THE JURISDICTION OF THE DISTRICT OF COLUMBIA, ESPECIALLY WHEN THE SAID JUVENILE COURT RECORD HAS BEEN CLOSED FOR SEVERAL YEARS AND THE SAID JUVENILE IS ADEQUATELY OVER THE AGE OF 21 YEARS. BY COMMITTING THE BEFORE MENTIONED COMPLAINT (COMPLAINT 1) AND THIS COMPLAINT; THERETO; CHARLES DICKERSON VIOLATED MY PROTECTED UNITED STATES CONSTITUTIONAL RIGHTS.

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

07-1785
CKK

## I (a) PLAINTIFFS
WARREN C. HESTER, II

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE PR

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
#43604
M.O.C.C.

## DEFENDANTS
CHARLES DICKERSON

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE

Case: 1:07-cv-01785
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 10/3/2007
Description: Pro Se General Civil

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ☐ E. General Civil (Other) OR ☒ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

②

DFT. OFF/INDIV-CAP.

| ☐ G. Habeas Corpus/ 2255<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. Employment Discrimination<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. FOIA/PRIVACY ACT<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ J. Student Loan<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. Labor/ERISA (non-employment)<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. Other Civil Rights (non-employment)<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. Contract<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. Three-Judge Court<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ Multi district Litigation ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
42 USC 1983

**VII. REQUESTED IN COMPLAINT** CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ _____   Check YES only if demanded in complaint JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY** of (See instruction) ☐ YES ☒ NO   If yes, please complete related case form.

DATE Oct. 3, 2007   SIGNATURE OF ATTORNEY OF RECORD NCD

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd