CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

WARREN C. HESTER, II )
)
)
)
Plaintiff )
)
)
v. )
) Civil Case Number 07-1785 (RCL)
)
CHARLES DICKERSON, et al. )
) Category    F
)
Defendant )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>October 9, 2007</u> from <u>Judge Colleen Kollar-Kotelly</u> to <u>Judge Royce C. Lamberth</u> by direction of the Calendar Committee.

(Randomly reassigned)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:   <u>Judge Kollar-Kotelly</u> & Courtroom Deputy
<u>Judge Lamberth</u> & Courtroom Deputy
Liaison, Calendar and Case Management Committee
Civil Case Processing Clerk ✓