Warren C. Hester II 43604

M.O.C.C.

One Mountainside Way

Mount Olive, W.Va. 25185

December 4, 2007

Nancy Mayer Whittington

United States District Court

District Of Columbia

Clerk Of Court, Room 1225

333 Constitution Avenue, N.W.

Washington, D.C. 20001

In Re: Case No: 1:07-cv-01785 - *RCL*

**RECEIVED**

DEC 6 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Mrs. Whittington,

  I sent the Defendant Charles Dickerson, his Official and Individual summons, pursuant to Civil Action No: 1:07-cv-01785. I sent the said summons Certified Signature Return/Restricted Delivery. Nonetheless, the United States Postal Service didn't comply to their written agreement, of restricting the delivery to one person (i.e. Charles Dickerson). The Summons were delivered to the address Charles Dickerson is listed, but a person within the address of Charles Dickerson signed for the summons. I have enclosed inside this envelope a copy of the United States Post

Office Domestic Return Receipt (PS Form 3811) and a payment receipt, proving the Plaintiff has issued the summons to the address of Charles Dickerson on November 28, 2007. Hopefully this will satisfy the United States District Court For The District Of Columbia conformation of summons delivery, if not, please notify me and I will try to make other arrangements.

Respectfully Yours,

*Warren C. Hester*

Warren C. Hester II

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee |
| | B. Received by (*Printed Name*)  C. Date of Delivery<br>11/28/07 |
| 1. Article Addressed to:<br>CHARLES DICKERSON<br>BRANCH CHIEF JUVENILE NEGLECT<br>MOULTRIE COURTHOUSE<br>JOHN MARSHALL LEVEL E WING<br>JM 520<br>500 INDIANA AVE NW<br>WASHINGTON | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (*Extra Fee*)  ☒ Yes |
| 2. Article Number (*Transfer from service label*) | 7005 1820 0000 2697 1428 |

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

WARREN C HESTER 43604
02

MT. OLIVE CORRECTIONAL COMPLEX
1 MOUNTAINSIDE WAY
MT. OLIVE, WV 25185

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(*Domestic Mail Only; No Insurance Coverage Provided*)

For delivery information visit our website at

WARREN HESTER USE

| | |
|---|---|
| Postage | $ 1.4 |
| Certified Fee | 2.8 |
| Return Receipt Fee (Endorsement Required) | 2.1 |
| Restricted Delivery Fee (Endorsement Required) | 4.10 |
| Total Postage & Fees | $ 10.36 |

Sent To CHARLES DICKERSON BRANCH
JUVENILE NEGLECT MOULTRIE COURTHOUSE
JOHN MARSHALL LEVEL E WING JM 520
500 INDIANA AVE NW
WASHINGTON DC 20001

7005 1820 0000 2697 1428

PS Form 3800, June 2002  See Reverse for Instructions