UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WARREN C. HESTER, II, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  07-1785  (RCL) |
| | ) | |
| CHARLES DICKERSON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Defendant has filed a motion to dismiss.  Plaintiff is advised that the Court will rule on defendant's motion taking into consideration the facts proffered by him in his complaint, along with his response or opposition to the motion.  Further, plaintiff's attention is directed to Local Civil Rule 7(b), which states:

> Within . . . such . . . time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion.  If such a memorandum is not filed within the prescribed time, the court may treat the motion as conceded.

LCvR 7(b).  Additionally, plaintiff is directed to Rule 6(d) of the Federal Rules of Civil Procedure which provides:

> When a party may or must act within a specified time after service and service is made [by mail or by other means consented to in writing by the person served], 3 days are added after the period would otherwise expire....

Fed. R. Civ. P. 6(d).

The Court may treat as conceded any motion not opposed within the time limits outlined above.  *Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988).  Alternatively, the Court may

consider on the merits any motion not opposed within the time limits outlined above. Thus, failure to respond to defendant's motion in this case carries with it the risk that the case will be dismissed.

ORDERED that, on or before **January 31, 2008**, plaintiff shall file his opposition or response to defendant's motion. If plaintiff fails to respond timely, the Court may grant defendant's motion as conceded.

SO ORDERED.

                                                                   /s/
                                        ROYCE C. LAMBERTH
                                        United States District Judge

DATE: December 31, 2007