### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WARREN C. HESTER, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>CHARLES DICKERSON, )<br>)<br>Defendant. )<br>) | **Civil Action No. 07-CV-1785 (RCL)**<br>**Judge Royce C. Lamberth** |

### ERRATA

Defendant Charles Dickerson, by and through undersigned counsel, submits this errata to correct the date in the Certificate of Service in Defendant's Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss. The corrected date should be January 31, 2008. *See* Exhibit A, Copies of the pages affected by this errata to be substituted in the previously filed Reply.

Respectfully submitted,

PETER J. NCKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


    /s/ Phillip A. Lattimore, III
PHILLIP A. LATTIMORE, III [422968]
Section Chief
General Litigation Section III

1

    /s/ Kerslyn D. Featherstone_____
KERSLYN D. FEATHERSTONE [478758]
Assistant Attorney General
441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001
(202) 724-6600
(202) 727-3625 (fax)
Email: Kerslyn.Featherstone@dc.gov

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on  January 31  , 2008, a copy of the foregoing Errata was mailed postage prepaid to:

Warren C. Hester, II
43604, M.O.C.C.
One Mountainside Way
Mount Olive, W.Va., 25185
*Plaintiff*

    /s/ Kerslyn D. Featherstone\_\_
Kerslyn D. Featherstone
Assistant Attorney General

              /s/ Kerslyn D. Featherstone_____
              KERSLYN D. FEATHERSTONE [478758]
              Assistant Attorney General
              441 4th Street, N.W.
              6th Floor South
              Washington, D.C. 20001
              (202) 724-6600
              (202) 727-3625 (fax)
              Email: Kerslyn.Featherstone@dc.gov

## **CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that on __January 31__, 2008, a copy of the foregoing Reply to Plaintiff's Opposition to Charles Dickerson's Motion to Dismiss, Memorandum of Supporting Points and Authorities and proposed order was mailed postage prepaid to:

Warren C. Hester, II
43604, M.O.C.C.
One Mountainside Way
Mount Olive, W.Va., 25185
*Plaintiff*

              /s/ Kerslyn D. Featherstone___
              Kerslyn D. Featherstone
              Assistant Attorney General

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

____/s/ Phillip A. Lattimore, III_____
PHILLIP A. LATTIMORE, III [422968]
Section Chief
General Litigation Section III

_/s/ Kerslyn D. Featherstone_____
KERSLYN D. FEATHERSTONE [478758]
Assistant Attorney General
441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001
(202) 724-6600
(202) 727-3625 (fax)
Email: Kerslyn.Featherstone@dc.gov

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on  January 31, 2008, a copy of the foregoing Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss, Memorandum of Supporting Points and Authorities and proposed order was mailed postage prepaid to:

Warren C. Hester, II
43604, M.O.C.C.
One Mountainside Way
Mount Olive, W.Va., 25185
*Plaintiff*

_/s/_ Kerslyn D. Featherstone__
Kerslyn D. Featherstone
Assistant Attorney General