UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WARREN C. HESTER,<br><br>          Plaintiff,<br><br>     v.<br><br>CHARLES DICKERSON,<br><br>          Defendant. | Case No. 07-CV-1785 (RCL) |

## NOTICE OF WITHDRAWAL AND APPEARANCE

Will the Clerk of the Court please withdraw the appearance of Assistant Attorney General Kerslyn D. Featherstone as attorney for Charles Dickerson, and enter the appearance of Assistant Attorney General Nicholas Coates as attorney for Charles Dickerson.

Dated:  July 10, 2008.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

*/s/ Toni Michelle Jackson*
TONI MICHELLE JACKSON [453765]
Chief, General Litigation Section III

*/s/ Nicholas Coates*
NICHOLAS COATES[1]
Assistant Attorney General
441 Fourth Street, N.W., 6th Floor
Washington, D.C. 20001
(202) 724- 6644 (office)
(202) 741-0578 (fax)
Email:  Nicholas.Coates@dc.gov

---

[1] Appearance entered under D.C. App. 49 (c)(4).

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of July, 2008, I filed the foregoing **NOTICE OF WITHDRAWAL AND APPEARANCE** with the Clerk of the Court using the CM/ECF system, and a copy was mailed first class, postage prepaid to:

Warren C. Hester, II
43604
Mount Olive Correctional Complex
One Mountainside Way
Mount Olive, WV 25185

*/s/ Nicholas Coates*
NICHOLAS COATES
Assistant Attorney General